# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before  
**DONALD C. NUGENT**  
United States District Judge

DATE: August 23, 2012

CASE NO. 1:12 CR 177

COURT REPORTER: None

FINAL PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

      -VS-

JEFFREY REICHERT

APPEARANCES:  Plaintiff: Robert Kerns, Esq. And Chelsea Rice, Esq.

Defendant: Darin Thompson, Esq.

PROCEEDINGS: P.T. held w/ all counsel. Discovery on going. Def has requested Diversion so USA must make a final decision. P.T. re-set 9/26/12 @ 9:00AM

*[Signed] Donald C. Nugent 8/23/12*

Length of Proceedings: 20 MIN