## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:12CR177 |
| Plaintiff, | : | |
| | : | JUDGE DONALD C. NUGENT |
| vs. | : | |
| JEFFREY REICHERT, | : | **DEFENDANT'S MOTION** |
| | : | **FOR CONTINUANCE OF TRIAL** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable Court for a continuance of the trial in this matter. Defense counsel needs additional time to receive and review discovery, conduct necessary investigations, meet with Mr. Reichert, and prepare for trial (if necessary). Defense counsel also needs additional time to locate an expert in modification of gaming consoles. The ends of justice served by granting this motion outweigh the best interests of Mr. Reichert and the public in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Defense counsel states that he discussed this motion with Assistant U.S. Attorney Robert Kern. He stated that the government has no objection to this request.

Defense counsel respectfully requests that this matter be set for trial on January 14, 2013 at 8:30 a.m.

For these reasons, Mr. Reichert requests that the Court grant this motion.

>Respectfully submitted,
>
>*/s/Darin Thompson*_____
>DARIN THOMPSON (#0067093)
>Assistant Federal Public Defender
>1660 West Second Street, Suite 750
>Cleveland, Ohio 44113
>(216) 522-4856 Fax: (216) 522-4321
>e-mail address: darin_thompson@fd.org.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2012, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*/s/Darin Thompson*_____
DARIN THOMPSON (#0067093)
Assistant Federal Public Defender