UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: January 7, 2013

CASE NO. 1:12 CR 177

COURT REPORTER: None

FINAL PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

JEFFREY REICHERT

APPEARANCES: Plaintiff: Robert Kerns, Esq. And or Chelsea Rice, Esq.

Defendant: Darin Thompson, Esq.

PROCEEDINGS: P.T. held w/ all counsel present. Discovery complete. Trial to proceed 1/14/13 @ 8:30AM as scheduled.

*Donald C. Nugent* 1/7/13

Length of Proceedings: 20 min