UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION |
| | ) | |
| Plaintiff, | ) | CASE NUMBER 1:12 CR 177 |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| JEFFREY REICHERT, | ) | |
| | ) | |
| Defendant. | ) | |

The above-captioned case came before this Court for a trial by jury. At the conclusion of the trial, the Jury returned a unanimous Verdict of guilty against the Defendant Jeffrey Reichert on the Indictment.

Defendant Jeffrey Reichert was charged with one count of violating the Digital Millennium Copyright Act, in violation of Title 17, United States Code Sections 1201(a)(2)(A) and 1204(a).  The trial commenced on January 14, 2013. A Jury of twelve and four alternates were selected and duly empaneled and sworn. Opening statements of counsel were made. The United States called the following witness(es): (1) Special Agent William Engle (testimony interrupted); (2) Dylan Rhoads; witness Engle recalled, continued. Court was adjourned until January 15, 2013 at 8:00 a.m.

The trial continued on January 15, 2013. The United States called the following witness(es): (3) Sandra Valois; (4) Special Agent Micah McCombs; (1) Special Agent William Engle, recalled; (5) Special Agent Mark Bodo; and (6) Jason Michael Allen. The United States rested. The Defendant's Motion pursuant to Fed. R. Crim. P. 29 was denied. The Defendant called the following witness(es): (1) Kevin Belcik. Court was adjourned until January 16, 2013

at 8:00 a.m.

The trial continued on January 16, 2013. All parties rested. The Defendant's Motion pursuant to Fed. R. Crim. P. 29 was denied. The Court gave preliminary instructions of law to the Jury. Closing arguments of counsel were made. The Court gives final instructions of law to the jury. The Alternate Jurors were excused and the Jury thereafter retired to deliberate. The Jury, in open court, returned a unanimous Verdict of Guilty against the Defendant on the Indictment. The Verdict was as follows:

### VERDICT FORM

We, the jury in this case, having been duly impaneled and sworn,
do hereby find the defendant, JEFFREY J. REICHERT
__GUILTY_____ (enter "guilty" or "not guilty") of
violating the Digital Millennium Copyright Act, in violation of
Title 17, United States Code, Sections 1201(a)(2)(A) and 1204(a),
as charged in Count 1 of the Indictment.

The Court read the Verdict in open court, and thereafter, the Court polled the Jury as to its Verdict pursuant to Rule 31(d) of the Federal Rules of Criminal Procedure. Each Juror affirmatively responded to the correctness of the Verdict. The Court accepted the Jury's Verdict. The Jury was then discharged. The Defendant was referred to Probation for a Pre-Sentence Report and sentencing was set for March 27, 2013 at 10:00 a.m. Court was adjourned.

**IT IS SO ORDERED.**

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATE: January 17, 2013