Exhibit A1

February 27th 2013

Ashley Reichert
1307 Eastland Drive
Oregon ,OH 43616


To the honorable Judge Donald C. Nugent

Dear Judge,


     My name is Ashley Reichert.  I am the wife of Jeffrey Reichert.  Jeff and I met through a mutual friend in July 2006.  When we first met, we started off as two people having good time, with no real goals in life and no care in the world.  He was a typical immature kid trying to find his way.  After a short while, we found out we were going to have a child and I saw him mature due to the fear and anticipation of being a father.  I know my husband is not the person he used to be, the person who suffered from growing up in a broken home with no role model, and used that as an excuse for a sense of entitlement.

     Jeff and I have been together for about six and a half years, and married for a little over two years.  Our serious relationship began when I found out I was expecting our daughter.   As with any relationship, we have had some up and downs but we have turned into a strong and amazing couple.  He is my best friend, and one of the few people I can truly trust.  I have never had any doubts of him as a person.  We have three amazing children and they mean more than the world to him.  Our oldest is Kira.  She is five years old, and in Kindergarten this year.  She is a very smart little girl and I think she gets that from her father.  They have this special bond, just like any little girl has with her father.  Our middle child is Owen.  He is three and he loves to pretend his daddy is his personal jungle gym, and loves to be tickled.  Our youngest is Ian, who is 15 months old and is finally out of the baby phase and really beginning to enjoy playing with daddy the way his big brother and sister do.  When I look at my children with their father, I'm reminded of how important he is in our lives.  These three children depend on him for so much more than providing food on the table.  He provides love, support, and strength for us all.  Through their eyes, the happiness and joy brought by their father's presence is readily apparent.  A typical weekend night in our home would include pajamas for everyone, curled up together with pillows and blankets while watching the latest animated children's movies.  Jeff has done everything in his power to provide a stable life for his children.  He has been the sole provider for our family, so I am able to be a housewife and give our children all of the love and attention they deserve.  When he is home from work, our children act as if he is the king of the world.  He is truly an amazing father.  Jeff's main goal in life is to give our children the life and childhood he never had.  I believe that having their father in their lives at all times will benefit them and prevent them from going down a negative path in life.

  Since the occurrence of all of the events leading to Jeff's trial, I think he has really realized what life is about.  It isn't always about doing things the way *he* thinks they *should* be done, and that it's often necessary to defer to a greater social wisdom.  He didn't realize the depth of what he was doing and now understands that he has made mistakes.  He regrets the choices he has made and wants to move past them and go forward with our life.  I believe that sending Jeff to prison would not benefit anyone involved.  I feel that it would also have a negative impact on our children.  He is the sole provider of our home, and as a result, Jeff going to prison would cost our family our home, vehicles and our sense of support.  Jeff is a person of good moral character, and he is not dangerous to society.  I hope you take my letter into consideration when making your decision regarding Jeff's case.


Respectfully Yours,



Ashley Reichert

Exhibit A2

Honorable Judge Donald C. Nugent											March 3rd, 2013

Dear Honorable Judge Nugent,

    We met Jeff about 7 years ago, when he became a part of our daughter Ashley's life. We have watched Jeff grow into a very responsible and caring husband, father and person. He has chosen to become the sole provider for his family so that Ashley can stay at home with our 3 young grandchildren. Jeff has always been a hard worker and he has built a financially stable home for his family, making sure that Ashley's and their children's needs are always put before his own. He is a very good father who has taught and is still teaching his children that there is a difference between right and wrong which has helped them become very well behaved and disciplined. The children would be very devastated and his family would be torn apart not only financially, but emotionally if Jeff were not able to be there for them. He is their core component.

Thank you very much for your time,

*Kimberly K. Lovett*
Kimberly K. Lovett

*Andrew J. Lovett*
Andrew J. Lovett

Exhibit A3

Ashley Reichert
9525 Ella Lee Ln. Apt 351
Houston, TX 77063

March 11, 2013

*The Honorable Judge Donald C. Nugent:*

I am writing you today on behalf of my brother, Jeff Reichert Jr., whom I have known throughout the entirety of my 25 years. He has expressed to me his distress regarding his charge involving modifying video game consoles which, I understand, has brought him to your court.

Back when this offense was fresh in our minds it did come as a shock because I have never known my brother to harbor ill will or be neglectful. To the contrary, he has always seemed to be a model of personal and professional responsibility, mindfulness, and tact. These traits have become especially evident in recent years as I have witnessed him care and provide for his young family of 5, including his wife, daughter, and two sons. He is the sole earner of his family, and to avoid going to prison for this charge would mean sparing himself and his family the potential derailment of their lives due to lack of income and/or loss of work.

My brother is an honest, hard-working, dignified man whom I, personally, admire. Jeff has always lent a helping hand to me when I needed him, and I would not expect him to blatantly disregard any law, moral or otherwise; especially not at this time in his life.

I thank you for your time in reading this letter.

Respectfully,



Ashley Reichert

Exhibit A4

To The Honorable Judge Donald C. Nugent:

My name is Melissa Ketcham, I am Jeff Reichert's sister in law. I'm writing to you today to express how this sentencing is going to impact Jeff and his family's lives. If he has to go to jail it will be bad news for his wife and kids. He is their provider and his family needs him so much. Since I have known Jeff he and Ashley have had a pretty good relationship, like everyone's relationships they have highs and lows, but the way I see it they have a very normal relationship. Since they have gotten older and have had kids they have grown so much as a family, I would hate to see this mistake of his changes their growth. His kids need him at home, not only for the money and support but I feel that all kids should have their daddy around. He loves those kids so much and they love him and love to spend time with him. He has been a part of our family for quite a long time, and in this time I have seen him around my husband and other family members and I see a connection within the men of the family. There is no doubt that he is a family man and that the others in the family like him around.

In my sincere opinion there is no way Jeff is a threat to me, my family or anyone that he will be around, he does not deserve to go to jail. That place is for people that could cause harm to others, he isn't a dangerous person at all. The ones this will effect is those poor kids that will have to move as they will probably have to sell/foreclose on their new home they just got a few years ago and will have to find somewhere to live. If it means anything at all please keep the kids in mind and that fact that he has not hurt a soul, and that people do make mistakes. He needs to be working and at home with his family. I will personally do everything to help his family but life would be so much easier if the court will let him continue doing what he has for the past several years, being a great husband and father.

Thank you,

Melissa Ketcham

To whom this may concern,                                                                                         2/28/13

    I have known Jeff since he and my sister have gotten together, I think it has been about 6 or 7 years ago, I don't know exactly but it somewhere around there. But in this time I have seen him grow from a boy into a man, starting with no responsibilities to a world full of responsibilities, he is not the same person he was pre-dating my sister. From that time until now he has matured into a pretty important person. He knows himself how important he is to his 3 beautiful kids. He has not in this time that I have known him, given me any reason to not give him respect, nor gives me a reason that he is a danger to my family. He is one that I can enjoy myself around at family functions and just sitting at the house for a football game, where I came from the family value is the most important value to have. He has been part of that for the past several years.

Ashley and Jeff had gotten together when they were young; having 3 kids for the past few years I got a chance to see them grow, not only with each other but as adults that became parents. Leaving my parents house and buying one for themselves a few years ago was an exciting time. It was a milestone for both of them, an accomplishment only in their dreams they had seen until then. This time in our current economic struggles it is a rare thing for young families to not only own a house but to keep up with the responsibility of actually owning one. To say that Jeff needs to be a part of the household finances would be a complete understatement, with my sister at home taking care of the 3 little ones and Jeff being the sole provider, they for sure would lose everything they have, a home for the 3 kids to grow in, cars to get them to the necessary appointments, school and even to the grocery store. These kids depend on him to be there along with his wife Ashley. If he isn't there after the sentencing I know for sure that their lives will change for the worse, the kids' lives drastically. As a father of 3 myself, they are my world and I am theirs. At the ages that these kids are it is crucial that dad be around and the home is always taken care of.

One way or another everyone in life makes mistakes, some small some big, some that warrants harsh punishments and deserves to be away from society. This shouldn't be a part of that category at all. He is in no danger to anyone; just this process alone is enough to make a man break. A punishment leaving him away from work and his kids is not necessary; to throw away a home, a job and pretty much everything they both have worked so hard for the past few years would be a total loss. Not saying the court is wrong by all means but probation at worse would be about as much as his family could endure. Please! just know that he has way too much to lose, everything down to the memories of his 3 kids not being able to see daddy each day.

Thank you for reading,

Adam Ketcham
858 Regonda Dr.
Defiance, OH 43512


"Right actions in the future are the best apologies for bad actions in the past"- Tryon Edwards

Exhibit A6

Honorable Judge Donald C. Nugent,

My name is Coral Ketcham, and I am Jeffrey Reichert's sister in law. I am writing this letter in regards to Jeffrey Reichert staying out of jail. He is a father of three children and a husband to Ashley Reichert. He is the main financial provider is his home. It would be upsetting to his children and wife if he was to do jail time. If he is to go to jail, Jeffrey and his family would lose their home, cars and other necessary things that they need to survive. Jeffrey is a great person with a lot of drive behind him to make the best of his life and to provide the most he can for his family. I do hope that you would consider keeping Jeffrey out of jail to continue to provide for himself and family.

Best Regards,

Coral Ketcham

Exhibit A7

To Presiding Judge Donald C. Nugent,

I have always thought very highly of my older brother. He has played a bigger role in my life than he may be aware of. The shared tribulations of our childhood has no doubt left a psychological residue in the minds of my siblings including myself, and I believe it manifests in the form of a skewed perception of the foundations of social interactions. For example, Jeffrey has always been the primary male figure in my life. My brother is only six years older than myself, yet I view him as a father figure. He has always been someone that I keep in the back of my mind when making important life decisions. I think about the role that he has played in my life, and how he was forced into that role by circumstance. I also think about how successful he was at playing that role, and how it has shaped me. In more recent years I think about his role as a bonafide father to his three lively children. The most important lesson that Jeffrey has taught me is that despite all the pain and regret an individual can encounter in life, we can still give rise to something new and beautiful. I get so much joy knowing my brother is invested in the lives of his growing children, and it is akin to experiencing my childhood a second time, but with a positive outlook. I see how his kids look forward to seeing him when he gets home from long days at work, and it reminds me that even the chaotic forces of life are subjected to pattern at some point or another. I remember the anticipation I felt as a child when I knew I would get to see my brother, and now he brings that same energy to his children.

Your Honor, despite the mistakes my brother has made in his adolescent past, he belongs in his home with his family. I cannot think of anything worse than his absence in the lives of his developing children. I have become increasingly aware of the importance in nurturing our younger generations. When I remember my younger years, the one thing I wish I had was a unified sense of family. Now that I am able to reflect on my life, I see how much the presence of family shapes a person's decision making processes. It is only when we feel surrounded by the love of a unified family that we feel the world is our oyster. It is so important to a developing mind to have the most nurturing environment possible, in order to produce a morally sound adult.

Jeffrey deserves to be able to maintain the cohesiveness of his family by continuing to be present in the lives of his loved ones un-interrupted. I know that with the birth of his first child in 2007, his life changed alongside his priorities. I have been lucky enough to witness the evolution of my brother's character from childhood into adulthood and I can assure you that he has morphed into a mature, responsible member of society. My brother has stepped up to the plate to take care of me emotionally and financially whenever I needed it and this theme has been present throughout our entire lives. I am eternally thankful for his presence in my life, and I hope that someday I am able to aid him and his family as much as he has aided me.

Sincerely,


Susannah Kay Wells

Exhibit A8

To: The Honorable Judge Donald C. Nugent

    My name is Greg Reichert and I am Jeff Reichert's uncle.
I have known Jeff since 2004 after living in Virginia since his birth. He is a hard working husband & father. He's a good man, willing to help others, and loves his family.

I ask you to please consider his past mistake as a learning experience that helped make him the family man he is now. Please consider the hardships to his family if he incarcerated.

Thank you for your time.

Sincerely,


Greg Reichert

Exhibit A9

Dear Judge Donald C. Nugent

I've known Jeff Reichert since we were in high school a decade ago.

In that time Jeff has had 3 adorable children, married a loving wife, made a career out of driving semi trucks, and bought a house with a hefty mortgage. He comes from a broken home, lived with his grandmother for years, and yet managed to carve out an honest middle-class life for his family.

Everything he has, he has earned through nearly a decade of labor. He is an American success story.

If he goes to jail he will likely lose his house, his family will struggle in poverty, and instead of being taxpaying citizens he and his family will become burdens of the state costing tens of thousands of tax payer dollars per year. Please don't lock up a productive non-violent member of society for a mistake he made in his youthful 20's.

Please don't send Jeff to prison.


Jason Richey

Exhibit A10

Your Honor,  2/27/2013

Jeff Reichert is a very good friend of mine. We went to high school together. When I had hard times, he let me move in with him to get back on my feet. He has always been a good and loyal friend. Eventually , we both got older and both have gotten married. He now has 3 kids and a wife who he dearly cares for. He is very good to his family. He is the sole supporter/ earner of the family and his family needs him to support their bills and family. Jeff lives down the street from me and every Summer , he helps me out with yard work and we have a lot of cook outs with our families. He is very caring and loving and a family man.  He is a good father and friend. Please understand his family needs him.

Thank you for your time.

Joseph Peters

*[signature]*

Exhibit A11

13MAR2013

Kevin Belcik
29151 Cramer St.
Millbury, OH 43447


To the honorable Judge Donald C. Nugent

Dear Judge,


    My name is Kevin Belcik, and I have known Jeff Reichert since 2002.  Though perhaps exhibiting questionable decision making skills in his youth, Jeff has grown into an upstanding adult and contributing member of society.  He has done this despite growing up under extremely depressed socioeconomic conditions, with no guiding influence in his life.  The crime that Jeff committed was one of ignorance and naïveté, not one borne of malign intent or social irresponsibility.  In his mind, he was using his technical skills legally in order to garner enough money to survive.  I feel that Jeff's desire to operate within the realm of legality is underscored by his otherwise spotless criminal record.

    I also feel the need to note that in the several year span between the commission of Jeff's crime and his indictment, he built a stable family consisting of a wife and three children, acting as their sole financial provider.  He did this under the impression that his activities were determined to be legal, evidenced by the extended period of time between the original search and his subsequent indictment.  If Jeff is to now be sent to prison for a crime committed nearly six years ago, his family would be subject to punishment for a crime of which they are innocent, perhaps falling into the same socioeconomic black hole that was partially responsible for Jeff's former questionable decision making.  It seems to me that this would only serve to make the situation worse for all parties involved, and would deny Jeff the opportunity to break the cycle of mediocrity and irresponsibility that has been in his family for generations, a cycle he has been fighting against for all of his adult life.  He has done everything possible to give his children the life that he never had, and continually ensures that their education incorporates the morality and responsibility that he has grown to demonstrate.

    I do not mean to imply that Jeff should not be held accountable for his actions simply on account of his age.  One of the core components of responsibility is a willingness to be held accountable for one's actions, and I believe that Jeff is fully willing to do so.  I simply mean to respectfully request that you consider the full ramifications that Jeff's potential incarceration would have on those closest to him.


I thank you very much for your time and consideration,


Kevin Belcik

Exhibit A12

March 18, 2013
Nicholas Coleman
880 Oxley Road
Columbus, Ohio 43212

To the honorable Judge Donald C. Nugent

Dear Judge,

    I am writing to you about your upcoming sentencing decision regarding Jeffrey Reichert. I have known Jeff since 1999 when Jeff and I started 8th grade together on the Fassett Middle School football team in Oregon, Ohio. Since that time, Jeff and I have spent time together in various events and social activities surrounding a shared interest in computers and technology. In the time that I have known him I have learned certain details of his childhood and adolescence that were very different than mine. While I grew up in a stable home with two working parents, Jeff suffered a very uncertain and volatile home life. He did not have a strong male role model in his life to guide him through uncertainty or support him financially in times of need.

    Without this type of support, Jeff turned to using his knowledge and skills working with computer and electronics to supplement his income after high school. I am of the opinion that Jeff operated his business taking advantage of these skills as legitimately as he understood the law to be and had no intention of breaking the law by conducting his business. Jeff's dedication to obeying the law is evidenced by his otherwise flawless criminal record especially since he first learned of the government's investigation into his business five years ago.

    Since that time Jeff has turned over a new leaf in life and dedicated himself to his family. He now has a wife and three children for whom he is the sole financial provider. I think it is very important in making this decision to know that Jeff has taken the time to rehabilitate himself by now considering his family above all else in his life since the birth of his first child. He has taken on a less than glamorous career in trucking to provide for his family and has made sacrifices in that career in the form of less desirable pay to be home more often to spend time with his children.

    I do not believe that Jeff should not have to take responsibility for his actions, however I hope that in considering his punishment you see fit you take into account where Jeff's life has taken him since 2007. He now has three children and a wife to care for, all of which would be devastated financially and emotionally to see him serve a prison sentence.

    Please take this letter into consideration when making your decision.

Thank you,

*[signature]*

Nicholas Coleman

Exhibit A13

Your Honor, Donald C. Nugent, 2/27/2013

I am a close friend to Jeff Reichert. I've known Jeff since High School. He's always been very hard working and always thinking about his family first. He does everything he can to support his family so his wife can stay home with their three young kids. Jeff is the sole provider for their family and it would be devastating to see a good father, husband and friend not be able to go on with his life like normal and continuing to provide the support he has for many years now. I live down the street from Jeff and his family. He's always willing to help out with projects around our house when we need help. I couldn't say enough about how Jeff is a really good person, especially to his family. His family really needs him .

Thank you for taking your time to read this.

Sincerely,

*Sara Peters*

Sara Peters

Exhibit A14

Gretchen M. Thomas
1610 Bradner Road
Northwood, OH 43619-2418

March 20, 2013

The Honorable Donald C. Nugent, Judge, United States District Court
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 15A
Cleveland, OH 44113-1842

Dear Judge Nugent,

I am Jeff Reichert's mom, thank you for reading my letter. He asks me to write as you consider the matter that brings him before you, hoping to avoid incarceration. Jeff is currently the sole provider for his wife, Ashley and their three children, Kira, age 5, Owen, age 3, and Ian, age 1, and they too will be punished and displaced if he is sent to prison.

When these events occurred so many years ago, Jeff was a single young adult, devastated by family dysfunction that started when he was a sensitive seven year old. I so regret not being a stronger advocate when I knew that counseling was required after he started getting in trouble at school. His dad and I could not even talk reasonably about important things after we divorced. Jeff and his sister Ashley moved back and forth, from house to house, from school district to school district as they were shuffled between parents. Jeff's burden increased as he was forced to be the parent in his relationship with his father, whose addictions Jeff witnessed firsthand, and which eventually led to his death in 2004, which I believe he thought he somehow could have prevented. Jeff grew up a victim of his environment, his potential locked inside his heavy emotional baggage.

Please excuse Jeff from incarceration and kindly consider some form of community service or probation, instead. My grandchildren desperately need him to be there for them physically and financially, his incarceration would be devastating for all of them.

Respectfully,

*Gretchen*
Gretchen Thomas